

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-26-00055-CV

---

BLACK GOLD TEXAS TEA OIL, LLC, ANTONIO SERNA, Appellants

V.

PETROSUR, LLC, Appellee

---

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Court No. 24-05-07505

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

On March 25, 2026, Appellants, Black Gold Texas Tea Oil, LLC and Antonio Serna, filed their notice of appeal in the Ninth Court of Appeals.[1] The trial court clerk's record was due to be filed with the appellate court on April 20, 2026. Appellants were not indigent and were therefore responsible for payment of the fees for the preparation of the clerk's record. *See* TEX. R. APP. P. 20.1; 35.3(a)(2); 37.3(b).

Because the trial court clerk's record was not received by April 20, 2026, the appellate court clerk notified Appellants by letter that their appeal would be dismissed for want of prosecution unless, by May 20, 2026, (1) Appellants provided proof that they had made satisfactory arrangements with the trial court clerk's office to pay the fee for the record, or (2) Appellants filed a motion stating the facts they relied on to reasonably explain the need for additional time to file the record. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

On May 20, 2026, the Montgomery County, Texas District Clerk informed this Court that Appellants had neither made nor arranged payment for the preparation of the clerk's record. Furthermore, this Court has not received any response from Appellants to the April 20, 2026, correspondence. Consequently, this appeal is ripe for dismissal. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b).

---

[1]Originally appealed to the Ninth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).

2

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b);

42.3(b).

Charles van Cleef
 Justice

Date Submitted:     June 8, 2026
Date Decided:      June 9, 2026